■ WALTER J. McNICHOLS, Doing Business as WALTER J. McNICHOLS AND Co., et al., Respondents, v LOUIS NITTI, Appellant.—Order and judgment unanimously affirmed with costs for reasons stated at Supreme Court, Finnerty, J. (Appeal from order and judgment of Supreme Court, Monroe County, Finnerty, J.—enforce mechanic's lien.) Present—Callahan, J. P., Doerr, Denman, Green and Pine, JJ.

■ In the Matter of CANISIUS COLLEGE OF BUFFALO et al., Appellants, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Judgment unanimously affirmed without costs for reasons stated in memorandum decision at Special Term, Rath, J. (Appeal from judgment of Supreme Court, Erie County, Rath, J.—art 78.) Present—Callahan, J. P., Doerr, Denman, Green and Pine, JJ.

■ ANTOINE EL GEMAYEL, Respondent, v LORETTA SEAMAN, Appellant.—Judgment unanimously modified on the facts and as modified affirmed without costs, in accordance with the following memorandum: The court failed to give defendant credit for the sum of $5,500 which plaintiff concedes was paid. Defendant, however, has not established that she is entitled to any further relief. Thus the judgment is modified to reflect the $5,500 payment; interest must be adjusted accordingly. (Appeal from judgment of Supreme Court, Oswego County, Sullivan, J.—attorney's fees.) Present—Callahan, J. P., Doerr, Denman, Green and Pine, JJ.